IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Anderson, Edgar | Case Number: 08 B 01062 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 6/3/08 | Filed: 1/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 15,407.22 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Unsecured | 1,324.72 | 0.00 |
| 4. | Providian | Unsecured | 342.11 | 0.00 |
| 5. | Alliance One | Unsecured | | No Claim Filed |
| 6. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 7. | SST | Unsecured | | No Claim Filed |
| 8. | United Guaranty | Unsecured | | No Claim Filed |
| 9. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 10. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,074.05 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Anderson, Edgar | Case Number:  08 B 01062 |
| | Judge:  Squires, John H |
| Printed:  6/3/08 | Filed:  1/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

